MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Fax: (510)747-1640

Attorney for Plaintiff
United States of America

FILED
2011 DEC 21 A 11: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jeffrey D. Lindsey aka Mr. Jeffrey D. Lindsey aka Jeffrey Lindsey aka Jeffrey (Jeffrey) D. Lindsey,

Defendant(s).
_____/

CV 11 Case No. 6570 SLM

COMPLAINT
(Student Loan\Debt Collection Case)

Plaintiff, through its attorney, alleges:

1. <u>Jurisdiction:</u>  The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2. Defendant resides in the Northern District of California.

**FIRST CAUSE OF ACTION**

3. Defendant owes plaintiff $11,851.92, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

**SECOND CAUSE OF ACTION**

4. Defendant owes plaintiff $12,367.04, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit

B.

## THIRD CAUSE OF ACTION

5. Defendant owes plaintiff $4,972.31, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit C.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $29,191.27, additional interest to the date of judgment, attorney's fees in the amount of 33% of the debt, and court costs.

Date: December 4, 2011

_____
LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 3**

>Jeffrey D. Lindsey
>aka: Mr. Jeffrey D. Lindsey
>Jeffrey Lindsey
>Jeffrey (Jeffrey) D. Lindsey
>1247 Chestnut St. Apt. 1
>San Francisco, CA 94109-1049
>Account No. XXXXX2122

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/12/11.

On or about 10/10/85, 05/05/86, 12/01/86, and 10/27/87, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, $3,500.00, $3,000.00, and $2,500.00 from Merchants National Bank. This loan was disbursed for $2,500.00 on 11/04/85, $3,500.00 on 06/18/86, $3,000.00 on 12/26/86, and $2,250.00 on 11/11/87 through 02/01/88 at 8.00 percent interest per annum. The loan obligation was guaranteed by United Student Aid Funds, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 06/10/99, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $11,851.92 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 12/06/06, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $11,851.92 |
| Interest: | $11,298.83 |
| Total debt as of 05/12/11: | $23,150.75 |

Interest accrues on the principal shown here at the rate of $2.60 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/2/11

Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst

**EXHIBIT A**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #2 OF 3

Jeffrey D. Lindsey
aka: Mr. Jeffrey D. Lindsey
Jeffrey Lindsey
Jeffrey (Jeffrey) D. Lindsey
1247 Chestnut St. Apt. 1
San Francisco, CA 94109-1049
Account No. XXXXX2122

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/12/11.

On or about 10/01/86, 12/15/87, and 04/17/88, the borrower executed promissory note(s) to secure loan(s) of $5,000.00, $4,000.00, and $2,500.00 from Independence Federal Savings Bank. This loan was disbursed for $5,000.00 on 01/08/87, $4,000.00 on 02/10/88, and $2,500.00 on 04/25/88, at 8.00 percent interest per annum. The loan obligation was guaranteed by Higher Education Assistance Foundation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $39.17 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 06/28/90, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $12,444.77 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/07/93, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $45.33 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $12,367.04 |
| Interest: | $19,209.15 |
| Total debt as of 05/12/11: | $31,576.19 |

Interest accrues on the principal shown here at the rate of $2.71 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/2/11

Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst

**EXHIBIT B**

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #3 OF 3**

Jeffrey D. Lindsey
Aka: Mr. Jeffrey D. Lindsey
Jeffrey Lindsey
Jeffrey (Jeffrey) D. Lindsey
1247 Chestnut St. Apt. 1
San Francisco, CA 94109-1049
Account No. XXXXX2122

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 05/12/11.

On or about 12/17/87 and 05/01/88, the borrower executed promissory note(s) to secure loan(s) of $2,000.00 and $2,000.00 from Independence Federal Savings Bank. This loan was disbursed for $2,000.00 on 01/06/88 and $2,000.00 on 06/29/88, at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by Higher Education Assistance Foundation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 06/28/90, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,070.40 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/07/93, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $18.80 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 4,972.31 |
| Interest: | $ 6,597.72 |
| Total debt as of 05/12/11: | $11,570.03 |

Interest accrues on the principal shown here at the current rate of 3.54 percent and a daily rate of $0.48 through June 30, 2011, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/2/11

Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst

**EXHIBIT C**