UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jeffrey D. Lindsey aka Mr. Jeffrey D. Lindsey aka Jeffrey Lindsey aka Jeffrey (Jeffrey) D. Lindsey,

Defendant(s).

SUMMONS IN A CIVIL ACTION

Case Number: CV 11 6570 SLM

TO: (Name and Address of Defendant)

Jeffrey D. Lindsey aka Mr. Jeffrey D. Lindsey
aka Jeffrey Lindsey aka Jeffrey (Jeffrey) D. Lindsey
1247 Chestnut St. Apt. 1
San Francisco, CA 94109-1049

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING         DEC 21 2011

CLERK                      DATE

YUMIKO SAITO

BY DEPUTY CLERK