1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Tel:  510-523-4702

4  Attorney for the Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CV 11-6570 SLM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF VOLUNTARY |
| Jeffrey D. Lindsey aka Mr. Jeffrey D. Lindsey aka Jeffrey Lindsey aka Jeffrey (Jeffrey) D. Lindsey, | ) | DISMISSAL WITHOUT PREJUDICE Rule 41(a) FRCP |
| Defendant(s). | ) | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, you are hereby authorized and directed to enter herein a Dismissal Without Prejudice.

Dated: March 15, 2012                              s/s
                                                   MICHAEL COSENTINO
                                                   Attorney for the Plaintiff
                                                   United States of America